**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| EMMA WIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| SERVICOM, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant SERVICOM, LLC ("ServiCom"), improperly named herein as Servicom, by and through its attorneys, Gordon & Rees, LLP, hereby files its Notice of Removal of the action styled *Emma Wiggins versus Servicom*, Case Number 16-MR-1071, from the Circuit Court of the 17th Judicial Circuit, County of Winnebago, Illinois to the United States District Court for the Northern District of Illinois, Western Division. The grounds for removal are as follows:

**I.      THE STATE COURT ACTION**

1.      On November 7, 2016, Plaintiffs commenced an action in the Circuit Court of Winnebago County, Illinois, styled *Emma Wiggins versus Servicom*, Case Number 16-MR-1071. Pursuant to 28 U.S.C. § 1446(a), copies of all summons, process, pleadings, motions, and orders filed in the State Court Action are attached hereto as "Group Exhibit A."

2.      ServiCom was served a summons and copy of the Complaint in the matter styled *Emma Wiggins versus Servicom*, Case Number 16-MR-1071 on April 6, 2017, which is the first time ServiCom received notice of the initial pleadings in this matter and otherwise received any notice of Plaintiff's lawsuit.

3. Generally, Plaintiffs' Complaint at Law centers around Plaintiff's former employment with ServiCom. Specifically, the Complaint alleges that Plaintiff was employed from October 5, 2015 to March 9, 2016 as a Sales Agent at ServiCom and that Plaintiff was discriminated against during her employment. See Exhibit A, ¶ 1. Further, Plaintiff alleges that she filed a Complaint with the EEOC in March 2016 requesting an investigation regarding accusations against ServiCom involving theft, applications for benefits through ServiCom, and a reference given for an apartment rental. *Id.* ¶ 2. Plaintiff further states that she received a Right to Sue Letter from the EEOC. *Id.*

4. Upon this same set of operative facts, Plaintiff claims that ServiCom violated Title VII of the Civil Rights Act of 1964, by allegedly discriminating against Plaintiff during her employment. ¶1. Additionally, Plaintiff asserts common law claims for discrimination on the basis of age, religion, disability, sex, as well as retaliation. *Id*.

## II.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

5. ServiCom was served on April 6, 2017. Therefore, its removal of this action is timely in accordance with 28 U.S.C. § 1446(b), because ServiCom's Notice of Removal was filed within thirty (30) days of the lawsuit being filed, and ServiCom's receiving notice of this lawsuit. *See* 28 U.S.C. § 1446(b); *Morrow v. DaimlerChrysler Corp.*, 451 F. Supp. 2d 965, 966 (N.D. Ill. 2006).

6. Pursuant to 28 U.S.C. § 1446(a), copies of all summons, process, pleadings, motions and orders that have been filed in the State Court Action are attached as Exhibit A hereto.

7. This Court embraces the locality in which the State Court Action is now pending, making this Court a proper forum pursuant to 28 U.S.C. § 1441(a).

8.      No previous application has been made for the relief requested herein.

9.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff, and a copy is being filed with the Circuit Court of Winnebago County, Illinois.

10.     If any question arises regarding the propriety of the removal of this action, ServiCom respectfully requests the opportunity to present a brief and/or oral argument in support of its position that this case is removable.

## III.     THIS COURT HAS FEDERAL QUESTION JURISDICTION

11.     As noted above, Plaintiff purports to set forth a cause of action for claimed violations of Title VII of the Civil Rights Act of 1964.  Therefore, federal question jurisdiction exists over Plaintiff's claims under 28 U.S.C. § 1331, because the resolution of Plaintiff's claim will require the adjudication of a disputed question of federal law.

12.     Further, supplemental jurisdiction exists over the state law claims contained in Plaintiff's Complaint at law, as they arise from a common nucleus of operative facts and form part of the same case or controversy as the federal question claims listed above.  28 U.S.C. § 1367; *City of Chi. v. Int'l College of Surgeons*, 522 U.S. 156, 165-66 (1997).

13.     Because Plaintiff's Title VII of Civil Rights Act of 1964 claim arises under the laws of the United States, removal of this cause of action is appropriate under 28 U.S.C. §§ 1441(a) – (c).

WHEREFORE, Defendant ServiCom, LLC, improperly named herein as Servicom, hereby removes the action now pending against it in the Circuit Court of Winnebago County, Illinois, and requests that this Court assume and retain full jurisdiction over this action for all further proceedings.

Respectfully submitted,

GORDON & REES, LLP

By:   /s/ Erin A. House

       *One of the Attorneys for Defendant*
       *ServiCom, LLC*

J. Hayes Ryan, #6274197
Erin A. House, #6316632
**Gordon & Rees, LLP**
One North Franklin, Suite 800
Chicago, IL 60606
Phone: (312) 619-4923
Fax: (312) 565-6511
hayesryan@gordonrees.com
ehouse@gordonrees.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and sent a copy of the foregoing document via U.S. mail, proper postage prepaid, to:

***Plaintiff (Pro Se)***
Emma Wiggins
P.O. Box 1193
Rockford, IL 61105

Respectfully submitted,

GORDON & REES, LLP

By: /s/ Erin A. House

*One of the Attorneys for Defendant*
*ServiCom, LLC*

J. Hayes Ryan, #6274197
Erin A. House, #6316632
**Gordon & Rees, LLP**
One North Franklin, Suite 800
Chicago, IL 60606
Phone: (312) 619-4923
Fax: (312) 565-6511
hayesryan@gordonrees.com
ehouse@gordonrees.com

1135553/32725784v.1

5